UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 09-CV-12299-DT

JOSEPH L. ZAJAC,

    Defendant.
                                                /

**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

       Before the court is a request filed by Defendant Joseph Zajac for an additional thirty days to respond to the complaint. The court ordered the Government to file a response to the request. On August 17, 2009, the Government filed a notice indicating that it does not oppose the relief requested. Accordingly,

       IT IS ORDERED that Defendant Joseph Zajac's request for an additional thirty days to respond to the complaint [Dkt. # 4] is GRANTED. Defendant shall file an answer on or before **September 25, 2009**.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DIS-TRICT JUDGE

Dated: August 27, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 27, 2009, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522